IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

QUENTIN BIGBY, )
)
    Plaintiff, )
)
v. ) CASE NO. CV418-241
)
DR. OLATUNJI AWE, M.D., and )
CYNTHIA RIVERS, )
)
    Defendants. )
)

O R D E R

Before the Court is the Magistrate Judge's February 9, 2022, Report and Recommendation (Doc. 41), to which Plaintiff has not filed objections. After a careful review of the record,[1] the report and recommendation is **ADOPTED** as the Court's opinion in this case. Defendants' Motion for Summary Judgment (Doc. 34) is **GRANTED**. The Clerk of Court is **DIRECTED** to enter summary judgment in favor of Defendants and **CLOSE** this case.

SO ORDERED this 3rd day of March 2022.

                    WILLIAM T. MOORE, JR.
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF GEORGIA

---

[1] The Court reviews de novo a magistrate judge's findings to which a plaintiff objects, and the Court reviews for clear error the portions of a report and recommendation to which a plaintiff does not object. 28 U.S.C. § 636(b)(1); see Merchant v. Nationwide Recovery Serv., Inc., 440 F. Supp. 3d 1369, 1371 (N.D. Ga. 2020) (citing Macort v. Prem, Inc., 208 F. App'x 781, 784 (11th Cir. 2006) (per curiam) (outlining the standard of review for report and recommendations)).