IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

QUENTIN BIGBY, )
)
    Plaintiff, )
)
v. ) CASE NO. CV418-241
)
DR. OLATUNJI AWE, M.D., and )
CYNTHIA RIVERS, )
)
    Defendants. )
)

## O R D E R

On April 21, 2022, this Court granted Plaintiff Quentin Bigby's motion for reconsideration and gave Plaintiff an additional thirty (30) days to file objections to the Magistrate Judge's report and recommendation. (Doc. 48 at 1.) The Court informed Plaintiff it would consider whether reconsideration of its order adopting the report and recommendation was warranted upon receipt of Plaintiff's objections. (Id. at 1-2.) The deadline for Plaintiff to file objections has passed, and Plaintiff has filed no objections. Accordingly, the Court sees no reason to disturb its prior order (Doc. 42), and the report and recommendation (Doc. 41) remains the Court's opinion in this case.

SO ORDERED this 24th day of October 2022.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA