IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

QUENTIN BIGBY,

    Plaintiff,

v.

DR. OLATUNJI AWE, et al.,

    Defendants.

CIVIL ACTION NO.: 4:18-cv-241

**O R D E R**

After a careful de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation, (doc. 52). Plaintiff has not filed an objection, but has filed a request to extend the deadline to submit one. (Doc. 54.) Since there is no plausible basis for a viable objection in this case, Plaintiff's Motion is **DENIED**. (Id.) The Court **ADOPTS** the Report and Recommendation as its opinion. See 28 U.S.C. § 636(b)(1) ("A judge of the court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge."). Plaintiff's Motion for Preliminary Injunction is **DENIED**. (Doc. 51.) This case stands **CLOSED**. (See doc. 49.)

As the Magistrate Judge explained, the formerly assigned District Judge granted summary judgment in Defendants' favor over two years ago. (Docs. 42 & 43.) He then afforded Plaintiff an opportunity to request reconsideration of that disposition. (Doc. 48.) When Plaintiff did not comply with the District Judge's instructions, the Court reaffirmed its prior disposition. (Doc. 49.) Over one year after that Order, Bigby filed a "Motion for Preliminary Injunction," seeking to enjoin officials at his current prison, none of whom were parties to the previous lawsuit.

(Doc. 51.)   The Magistrate Judge recommended that the Motion be denied because, notwithstanding the impropriety of filing such a motion into a closed case, this Court lacks jurisdiction to issue an injunction to a non-party.  (Doc. 52, pp. 2-3.)   There is simply no plausible basis for Bigby to argue that the parties he now seeks to enjoin could be proper parties in a case against other parties, resolved on its merits more than two years ago.   His Motion for Preliminary Injunction is facially meritless.   (Doc. 51.)   The requested extension to file objections is, therefore, futile.   Accordingly, the Magistrate Judge's Report and Recommendation, (doc. 52), is **ADOPTED**.   Bigby's Motions are **DENIED**.   (Docs. 51 & 54.)   This case stands **CLOSED**.

**SO ORDERED**, this 3rd day of May, 2024.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA